In the Matter of the Claim of FRED B. MOSHER, Respondent, against CASHMERE GROTTO No. 11, M. O. V. P. E. R., et al., Appellants.

Argued November 13, 1939; decided November 21, 1939.

*Sheldon F. Roe* for motion.
*Robert C. Winchell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.